**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,          )
    Plaintiff,          )
  v.          )
            ) Case No.: 20-002(SCC)
SANDY BAEZ          )
    Defendant,          )

_____

**SENTENCING MEMORANDUM AND ALLOCUTION**

TO THE SILVIA CARREÑO-COLL
U.S. DISTRICT COURT JUDGE

  NOW COMES Mr. SANDY BAEZ through the undersigned Counsel, and respectfully files his Sentencing Memorandum setting forth all factors that the Court should consider in determining what type and length of sentence is sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. Section 3553(a).

  On July 8, 2024, the Probation Office filed the Presentence report. (ECF# 170) Mr. Báez has no objections to the PSR calculations. The Court has scheduled the Sentencing hearing for August 14,2024, at 9:00 am. **(ECF# 161)**

  Mr. Mr. Báez entered into a non-binding plea agreement under Federal Rule of Criminal Procedure 11(c) (1) (A) and (B), which preserved the court's discretion over the sentence to be imposed.

See United States v. Díaz-Bermúdez, 778 F.3d 309, 311 & n.2 (1st Cir. 2015) (describing the different types of plea agreements available under Fed. R. Crim. P. 11(c) (1)); United States v. Torres-Oliveras, 583 F.3d 37, 41 (1st Cir. 2009).

Nonetheless, we ask the court to follow the parties stipulated recommendation, and the consideration or benefit the defendant hopes to receive in exchange for his guilty plea. Ignoring the stipulated imprisonment recommendation will be tantamount to a strait plea, not considered by any of the parties involved.

Over the past 15 years, the Supreme Court has given judges the power to impose sentences that are not greater than necessary to satisfy the statutory purposes of sentencing, to consider all the characteristics of the offender and circumstances of the offense, to reject advisory guidelines that are not based on national sentencing data and empirical research, and to serve their function in the constructive evolution of responsible guidelines. See United States v. Booker, 543 U.S. 220 (2005); Rita v. United States, 127 S. Ct. 2456 (2007); Gall v. United States, 128 S. Ct. 586 (2007); Kimbrough v. United States, 128 S. Ct. 558 (2007). The Court really means it. See Spears v. United States, 129 S. Ct. 840 (Jan. 21, 2009); Nelson v. United States, 129 S. Ct. 890 (Jan. 26, 2009).

On May 15, 2024, Mr. Báez pled guilty to Count One of the Indictment and is being held accountable for possession with intent

to distribute at least 50 kilograms, but less than 150 kilograms of cocaine, establishing a base offense level of 34, pursuant to USSG 2D1.1(c)(3). Because Mr. Baez accepted responsibility for his participation in the instant offense, a three (3) level deduction is warranted, pursuant to Guideline §§3E1.1 (a) and (b), thereby establishing an adjusted base offense level of thirty-one (31). Mr. Báez and the government agree to the term of imprisonment required by statute, specifically in this case: One Hundred (120) months [1].

5.   Mr. Baez has been detained since October 2020. While detained his life has been devastated as everything, he holds dear has abandoned him. Mr. Baez will be subject to removal from the United States as he a foreign national with no status in the United States.

6.   The following co-defendants have been sentenced by this court to: (4) Frei Galicia (70 months of Imprisonment); [3] Ren González (87 months of Imprisonment;(1)Jorge Luis Taborda is pending sentencing, that is set for August 22, 2024)

7.   Mr. Báez has shown remorse for his actions. Regarding his involvement in the instant case, Mr. Báez is repentant for his actions.

---

[1] Please see USA's Sentencing Memorandum at ECF# 180.

**WHEREFORE** and considering the foregoing reasons, Mr. Sandy Báez respectfully requests the court to adopt the party's recommendation for a specific sentencing recommendation at ECF# 180.

ESPECTFULLY SUBMITTED.

IN SAN JUAN, PUERTO RICO, AUGUST 9, 2024.

S/RAYMOND L. SANCHEZ MACEIRA
RAYMOND L. SANCHEZ MACEIRA
USDC: 211405
PO BOX 191972
SAN JUAN, PR 00919
TEl 721-3370/ FAX 721-4706

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY: That on August 9, 2024, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following:  The Assistant United States Attorney in charge of the case.

In SAN JUAN P.R. August 9, 2024.

S/RAYMOND L. SANCHEZ MACEIRA
RAYMOND L. SANCHEZ MACEIRA, ESQ.
USDC NO. 211405
PO BOX 191972
SAN JUAN, PR 00919
(787)-751-2510